# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE, SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| JEFFREY ALLEN COOK, ) | NO. 1:10-bk-10872 |
| KATHRYN ANGELA COOK, ) | |
| ) | IN CHAPTER 13 |
| DEBTOR, ) | |

## STATEMENT OF FIRST VOLUNTEER BANK IN RESPONSE TO CHAPTER 13 TRUSTEE'S NOTICE TO MORTGAGEE

In response to the Chapter 13 Trustee's Notice to Mortgagee dated January 24, 2014, First Volunteer Bank hereby submits and acknowledges that (1) the Debtors have paid in full the amount required to cure their pre-petition mortgage arrearage owed to the Bank and (2) the Debtors are current on their mortgage payments owed to the Bank as of January 24, 2014 pursuant to 11 USC §1322(b)(5).

RESPECTFULLY SUBMITTED

/s/ Timothy R. Simonds
BPR # 013952
427 E. 5th Street, Suite 100
Chattanooga, Tennessee 37403
(423) 285-6158
tim.simonds@simondsfirm.com
*Attorneys for First Volunteer Bank*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been served upon the following, by ECF or by deposit in the U.S. Mail with sufficient postage thereon to ensure prompt delivery:

Jeffrey Allen Cook
Kathryn Angela Cook
72 Gladstone Drive
Ringgold, GA 30736

C. Kenneth Still
P. O. Box 511
Chattanooga, TN 37401

Eron H. Epstein
713 Cherry St.
Chattanooga, TN 37402

This 4th day of February, 2014.

SIMONDS LAW FIRM

By: /s/ Timothy R. Simonds._____
         Timothy R. Simonds